

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,084-01

### EX PARTE CASEY LANE DAWSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CVHC-16-0100128 IN THE 198TH DISTRICT COURT FROM BANDERA COUNTY

*Per curiam.*

### O R D E R

Applicant was convicted of aggravated assault with a deadly weapon and deadly conduct with a weapon and sentenced to 7 years' imprisonment. The Fourth Court of Appeals affirmed his conviction. *Dawson v. State,* No. 04-18-00023-CR (Tex. App.—San Antonio, Dec. 19, 2018, pet. ref'd). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On Feb. 27, 2020, the trial court entered an order designating issues and scheduled a live evidentiary hearing for May 13, 2020. However, the application was forwarded before the scheduled hearing and before the trial court made findings of fact and conclusions of law. We remand this application to the trial court to complete its evidentiary investigation and make findings of fact and

conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.


Filed: April 15, 2020
Do not publish